# ROBINSON & ASSOCIATES, P.C.
## Attorneys and Counselors at Law

David A. Robinson, Esq.

28145 Greenfield Road
Suite 100
Southfield, Michigan 48076-7116
Office: (248) 423-7234
Facsimile (248) 423-7227
E-mail: darjd@earthlink.net

September 23, 2004

Honorable Gerald E. Rosen
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:   *Eddie J. Lloyd & Tia T. Glenn v. City of Detroit, et al*
      Case No: 04-70922

Dear Clerk:

Sadly, it is the duty of Plaintiffs' counsel to inform the court of the untimely passing of our client, Mr. Eddie Joe Lloyd. Mr. Lloyd experienced shortness of breath and chest discomfort on Tuesday. He was rushed to Sinai-Grace Hospital where he was treated, but succumbed to death.

In accordance with the court rules, counsel will timely request the appropriate amendment of the pleadings to reflect this change of circumstances. Further, it is counsels' belief that this loss will not effect the claims of the estate, or that of the Co-Plaintiff, Ms. Glenn.

Very truly yours,

ROBINSON & ASSOCIATES, P.C.

David A. Robinson, Esq.

DAR/rkf

cc:   Nick Brustin, Esq.
      John P. Quinn, Esq.
      Margaret A. Nelson, Esq.
      James M. Surowiec, Esq.