UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Ruth Harlin, Personal Representative of the Estate of Eddie Joe Lloyd, Deceased, and Tia Terese Glenn,

    Plaintiffs,

 v.

City of Detroit et al.,

    Defendants.
_____/

Case No. 04 70922

U.S. District Judge: Hon. Gerald E. Rosen

U.S.Magistrate Judge: Hon. Steven D. Pepe

David A. Robinson (P-38754)
Attorney for Plaintiffs
28145 Greenfield Road, Ste. 100
Southfield, MI 48076
(248) 423-7234

Margaret A. Nelson (P-30392)
Attorney for Defendants Detroit
  Psychiatric Institute, Han and Bacon
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434

John P. Quinn (P-23820)
Attorney for Defendants DeGalan,
  Milliner, Rice, Day, Dungy, Deane, Hill
  and City
1650 First National Building
Detroit, MI 48226
(313) 237-3082

Michael J. Reynolds (P-30592)
Attorney for Defendant County
211 West Fort Street, 15th Floor
Detroit, MI 48226
(313) 965-9725

_____/

DEFENDANT CITY'S CONDITIONAL CONFESSION OF JUDGMENT

The defendant City of Detroit confesses judgment on the following terms:

1. If a judgment is entered in favor of one or more plaintiffs and against one or more of the employee defendants, as that term is defined in paragraph 2, below, then that judgment, except insofar as it might include an award

of punitive damages, shall be entered jointly and severally against the City of Detroit and each employee defendant against whom judgment is entered, without any need to establish factually or legally, except pursuant to this conditional confession of judgment, that the defendant City of Detroit is liable to the plaintiff(s) in whose favor the judgment is entered, provided the following conditions are met:

a. The defendant City of Detroit does not completely prevail on its motion for summary judgment; and

b. This action is not otherwise dismissed as to the defendant City of Detroit before the commencement of a trial in this action.

2. In this conditional confession of judgment "employee defendant" means any of the following defendants: Thomas DeGalan, Sylvia Milliner, William Rice, Kenneth Day, Richard Dungy, Gilbert R. Hill and Robert L. Deane.

 s/John P. Quinn
John P. Quinn (P-23820)
Attorney for Defendants DeGalan,
  Milliner, Rice, Day, Dungy, Deane, Hill
  and City
1650 First National Building
Detroit, MI  48226
(313) 237-3082
Quinj@LAW.ci.detroit.mi.us

Dated: January 10, 2006

CERTIFICATE OF SERVICE

      I certify that on January 10, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Matthew J. Bredeweg, Nick J. Brustin, Margaret A. Nelson, Samuel A. Nouhan, Michael J. Reynolds, David A. Robinson and James M. Surowiec.

                                        s/John P. Quinn
                                        John P. Quinn (P-23820)
                                        Attorney for Defendants DeGalan,
                                           Milliner, Rice, Day, Dungy, Deane, Hill
                                           and City
                                        1650 First National Building
                                        Detroit, MI  48226
                                        (313) 237-3082
Dated: January 10, 2006                  Quinj@LAW.ci.detroit.mi.us